UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KERSTIN SHINN | * | CIVIL ACTION |
| | * | NO. 10-2890 |
| | * | |
| versus | * | SECTION B |
| | * | JUDGE LEMELLE |
| | * | |
| OCHSNER HEALTH SYSTEM | * | DIVISION 4 |
| * * * * * * * * * * * * * * * * * * * | | MAGISTRATE ROBY |

## MOTION TO STRIKE AFFIRMATIVE DEFENSES

NOW INTO COURT, through undersigned counsel, comes Plaintiff Kerstin Shinn who, pursuant to Federal Rule of Civil Procedure 12(f), moves to strike the affirmative defenses of Defendant Ochsner Community Hospitals. Grounds in support of Plaintiff's Motion are set forth in the accompanying memorandum.

Respectfully submitted,
LAW OFFICE OF DALE EDWARD WILLIAMS

/s/Dale E. Williams
Dale E. Williams, Bar #18709
212 Park Place
Covington, Louisiana 70433
Telephone: (985) 898-6368
Facsimile: (985) 892-2640
mailto:dale@daleslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served via the CM/ECF system, which will send a notice of electronic filing to all counsel of record on this, the 1st day of November 2010.

/s/Dale E. Williams